970

No. 73-5972. RAMIREZ ET AL. v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Affirmed on appeal from D. C. N. D. Ill. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73-586. McMULLAN ET AL. v. WOHLGEMUTH, SECRETARY OF WELFARE OF PENNSYLVANIA, ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 73-1114. WINCHESTER v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of San Diego, dismissed for want of substantial federal question.

No. 73-1140. KYSER v. BOARD OF ELECTIONS OF CUYAHOGA COUNTY ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 73-6161. MARTINEZ v. TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 73-6133. CLAYTON v. WALTER L. COUSE CO. ET AL. Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73-752. MILES v. UNITED STATES. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Maze, 414 U. S. 395 (1974). MR. CHIEF JUSTICE BURGER, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would affirm the judgment.